IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BERT LOCKHART, | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL PURSUANT TO** |
| Plaintiff, | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | 1:13-CV-00431-JTC |
| VALENTINE & KEBARTAS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his legal counsel, hereby give notice that the above-captioned action has been settled. Plaintiff respectfully requests that this action be voluntarily dismissed with prejudice against the Defendant.

Dated:     March 26, 2014

By: _/s/ Allison Polesky_____
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
33 S. Service Rd.
Jericho, NY 11753-1036
Phone:     516-321-4220
Facsimile: 914-610-3770
Email:     apolesky@poleskylaw.com
Attorney for Plaintiff Bert Lockhart

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2014, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the Defendant via USPS at the address listed below.

Dated:     March 26, 2014

Valentine & Kebartas, Inc.
15 Union St., Suite 6
Lawrence, MA 01840-1823

                By:  /s/ Allison Polesky
                Allison Polesky, Esq. (AP5446)
                LAW OFFICES OF ALLISON POLESKY, P.C.
                33 S. Service Rd.
                Jericho, NY 11753-1036
                Phone:     516-321-4220
                Facsimile: 914-610-3770
                Email:     apolesky@poleskylaw.com
                Attorney for Plaintiff Bert Lockhart